UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCIS J. SAMPSON, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. BANK NATIONAL ASSOCIATION AS )<br>TRUSTEE, SUCCESSOR IN INTEREST TO )<br>BANK OF AMERICA, N.A., SUCCESSOR )<br>IN INTEREST BY MERGER TO LASALLE )<br>BANK, N.A., AS TRUSTEE FOR WAMU PASS )<br>THROUGH CERTIFICATES, SERIES 2007-OA4, )<br>Defendant. )<br>) | C.A. NO. 1:15-CV-11064-NMG |

## DEFENDANT'S MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Now comes the Defendant U.S. Bank, National Association, as Trustee (the "Trustee"), and moves this Court to extend by seven (7) days the deadline for filing a pleading responsive to the Complaint from April 8, 2015 to and including April 15, 2015. The Trustee requires additional time to research and prepare an appropriate responsive pleading. The Trustee does not seek to delay the proceedings. The Plaintiff will not suffer any undue prejudice from a brief extension as requested.

WHEREFORE, Defendant U.S. Bank N.A., as Trustee, respectfully requests this Court to grant its motion and extend the deadline for filing a pleading responsive to the Complaint to and including April 15, 2015.

## L.R. 7.1(a)(2) Certification

Undersigned counsel hereby certifies that on April 7, 2015, undersigned counsel requested that counsel for Plaintiff agree to a seven (7) extension to file a pleading responsive to the Complaint. Counsel for Plaintiff refused to agree to the seven (7) day extension.

/s/ Gabriel T. Dym
Gabriel T. Dym

{K0582733.2}

Respectfully submitted,

**U.S. BANK N.A., AS TRUSTEE**

By its attorneys,

/s/ Gabriel T. Dym
Peter F. Carr (BBO #600069)
Gabriel T. Dym (BBO #667083)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, Massachusetts  02110
Telephone:  617.342.6800
Facsimile:   617.342.6899
E-Mail:  PCarr@eckertseamans.com
E-Mail:  GDym@eckertseamans.com

Dated:  April 7, 2015

### CERTIFICATE OF SERVICE

I, Gabriel T. Dym, Esquire, certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants.

Date:  April 7, 2015          /s/ Gabriel T. Dym
                              Gabriel T. Dym

{K0582733.2}                  2